## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

CALVIN NORRIS,

        Petitioner

: No. 215 WAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

CALVIN NORRIS,

        Petitioner

: No. 216 WAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.